The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BARBARA TOMASZEWSKI, <br><br> Defendant. | NO. CR18-213JLR <br><br> [PROPOSED] ORDER TO SEAL |

Having read the parties' Stipulated Motion to Seal and because of the sensitive information contained within the parties' Stipulated Motion to Continue Sentencing;

//
//

Order to Seal
*U.S. v. Tomaszewski*, CR18-213JLR - 1

It is hereby ORDERED that the parties' Stipulated Motion to Continue Sentencing, the exhibit attached thereto, shall remain sealed.

DATED this 26th day of November, 2018.

/s/ James L. Robart
JAMES L. ROBART
United States District Judge

Presented by:

*s/ Siddharth Velamoor*
SIDDHARTH VELAMOOR
Assistant United States Attorney

Order to Seal
U.S. v. Tomaszewski, CR18-213JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970