UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-213JLR |
| Plaintiff, | [PROPOSED] ORDER TO SEAL |
| v. | |
| BARBARA TOMASZEWSKI, | |
| Defendant. | |

Having read the parties' Stipulated Motion to Seal and because of the sensitive information contained within the parties' Stipulated Motion to Continue Sentencing;

//
//

Order to Seal
U.S. v. Tomaszewski, CR18-213JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is hereby ORDERED that the parties' Stipulated Motion to Continue Sentencing shall remain sealed.

DATED this 14th day of January, 2019.

*signature*
JAMES L. ROBART
United States District Judge

Presented by:

*s/Siddharth Velamoor*
SIDDHARTH VELAMOOR
Assistant United States Attorney

Order to Seal
U.S. v. Tomaszewski, CR18-213JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970